**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MAHESH VEER SATYA TOLAPU, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>  v.<br><br>SYNTEL, INC., BHARAT DESAI, PRASHANT RANADE, PARITOSH CHOKSI, THOMAS DOEKE, RAKEESH KHANNA, RAJESH MASHRUWALA, VINOD K. SAHNEY,  REX E. SCHLAYBAUGH, JR., NEERJA SETHI, ATOS, S.E., GREEN MERGER SUB, INC.<br><br>               Defendants. | Case No. 2:18-cv-12562-SJM-SDD |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED R. CIV. P. 41 (a)(1)(A)**

Notice is hereby given that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff Mahesh Veer Satya Tolapu ("Plaintiff") voluntarily dismisses this action with prejudice as to Plaintiff only and without prejudice as to the putative class. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Since no class has been certified and the dismissal is with prejudice to Plaintiff only and without prejudice as to all other members of the putative class, notice of this dismissal is not required.

2

Respectfully submitted this 24th day of September, 2018.

                              Respectfully submitted,

                              **ANTHONY L. DELUCA, PLC**

                              By: */s/ Anthony L. DeLuca*
                              Anthony L. DeLuca

**OF COUNSEL**                 14950 East Jefferson Ave., Suite 170
                              Grosse Pointe Park, MI 48230

**BRODSKY & SMITH, LLC**       Tel:  (313) 821-5905
Evan J. Smith                      Fax: (313) 821-5906
Marc L. Ackerman              Anthony@aldplc.com
Two Bala Plaza, Suite 510
Bala Cynwyd, PA 19004         *Attorneys for Plaintiff*
Tel: (610) 667-6200
Fax: (610) 667-9029
Email: esmith@brodskysmith.com
        mackerman@brodskysmith.com

*Attorneys for Plaintiff*

2